

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00027-CR

Cresencio **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10798
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due on July 29, 2019. No further extension, absent extraordinary circumstance.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

KEITH E. HOTTLE,
Clerk of Court